UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANICE VIRTUE,<br><br>                      Plaintiff,<br><br>        -against-<br><br>HB1 ALTERNATIVE HOLDINGS, LLC, et al.,<br><br>                    Defendants. | 25-CV-6345 (JGLC) |
| JANICE VIRTUE,<br><br>                      Plaintiff,<br><br>        -against-<br><br>HB1 ALTERNATIVE HOLDINGS, LLC, et al.,<br><br>                    Defendants. | 25-CV-6688 (JGLC) |

## <u>CONSOLIDATION ORDER</u>

JESSICA G. L. CLARKE, United States District Judge:

On August 1, 2025, Plaintiff filed a Complaint in this District. *See* 25-CV-6345, ECF No. 1. Three days later, on August 4, 2025, Plaintiff filed a similar (if not identical) Complaint in Westchester County Supreme Court. *See* 25-CV-6688, ECF No. 1. On August 13, 2025, Defendant County of Westchester removed that case to federal court. *Id.* And on August 18, 2025, the Westchester County Attorney, on behalf of numerous County Defendants, moved to consolidate the two cases. 25-CV-6345, ECF No. 6. The County Defendants also asked the Court to dismiss the case, but for the purposes of this Order, the Court addresses only their request to consolidate. On December 3, 2025, the two cases, 25-CV-6345 and 25-CV-6688,

were accepted as related to one another and the removed case, 25-CV-6688, was re-assigned to the undersigned.

Because the cases appear to involve common questions of law and fact, the Court is inclined to consolidate the cases at this time, pursuant to Rule 42 of the Federal Rules of Civil Procedure, for general pretrial and discovery purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **December 19, 2025**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

Dated:  December 8, 2025
        New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge