UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANICE VIRTUE,<br><br>     Plaintiff,<br><br>  -against-<br><br>HB1 ALTERNATIVE HOLDINGS, LLC, et al.,<br><br>     Defendants. | 25-CV-6345 (JGLC) |
| JANICE VIRTUE,<br><br>     Plaintiff,<br><br>  -against-<br><br>HB1 ALTERNATIVE HOLDINGS, LLC, et al.,<br><br>     Defendant(s). | 25-CV-6688 (JGLC) |

## CONSOLIDATION ORDER

JESSICA G. L. CLARKE, United States District Judge:

On December 8, 2025, the Court indicated that it was inclined to consolidate the above-captioned cases at this time, pursuant to Rule 42 of the Federal Rules of Civil Procedure, for general pretrial and discovery purposes. The deadline to object to such consolidation elapsed on **December 19, 2025**. Accordingly, the cases are hereby CONSOLIDATED for pre-trial purposes. The Court will address whether consolidation for trial is warranted at a later date.

The Clerk of the Court is directed to consolidate these cases under the lead case,

Docket No. 25-CV-6345, and to close 25-CV-6688. All future filings shall be on the 25-CV-6345 docket.

Dated: December 23, 2025
       New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge