**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
JANICE VIRTUE,

                                Plaintiff,                    25 **CIVIL** 6345 (JGLC)

           -against-                          **JUDGMENT**

HB1 ALTERNATIVE HOLDINGS, LLC, et al.,

                          Defendants.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2026, Defendants' motions to dismiss are GRANTED. Plaintiff's unlawful seizure claim, due process claims, equal protection claim, Monell liability claim, claim for declaratory relief and to quiet title, claim against the two law firms for participating in an unlawful eviction, and trespass claim are all dismissed with prejudice pursuant to the Rooker-Feldman doctrine. Plaintiff's remaining claims, for conversion and IIED, are DISMISSED without prejudice to their refiling in state court; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2026

                                      **TAMMI M. HELLWIG**

                                _____

                                    **Clerk of Court**

                    **BY:**          _____

                                  **Deputy Clerk**